IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK LEWIS**                                                                                           **PLAINTIFF**

**V.**                              **CASE NO.  3:11CV00110 JMM**

**ADAM SMITH, ET AL.**                                                                       **DEFENDANTS**

### ORDER

Pending before the Court is a letter written by Plaintiff which the Court construes as a Motion for Appointment of Council which has been denied by the Magistrate Judge and a Motion for an Extension of Time to respond to the Magistrate Judge's Partial Report and Recommendation of July 29, 2011 (#35).

Plaintiff's Motion for Extension of Time is granted.  Plaintiff shall have up to, and including, August 26, 2011, to file his objections to the Magistrate Judge's Partial Report and Recommendation.

IT IS SO ORDERED THIS   11   day of   August , 2011.

James M. Moody
United States District Judge