IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK LEWIS                                                                                                    PLAINTIFF

V.                                  CASE NO.  3:11CV00110 JMM

ADAM SMITH, ET AL.                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de nova* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Clay County Detention Center are DISMISSED WITH PREJUDICE, and the Clay County Detention Center's name is removed as a party Defendant.

DATED this  7   day of September, 2011.


                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE